UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALTAUNE BROWN,

          Plaintiff,

          -against-

MUJIBUR RAHMAN, et al.,

          Defendants.
------------------------------------------------------------x

25-CV-6572 (DEH) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference on Thursday, November 06, 2025. As ordered at the Conference, parties are to submit a joint status letter on the last business Friday of every month, beginning on December 19, 2025.

**SO ORDERED.**

Dated: November 6, 2025
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge