UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Altaune Brown,<br><br>     Plaintiff,<br><br>   v.<br><br>Mujibur Rahman d/b/a Village Convenience et al.,<br><br>     Defendants. | 25-CV-6572 (DEH) (OTW)<br><br>ORDER |

DALE E. HO, United States District Judge:

  In light of Plaintiff's submission at ECF No. 22, the Court GRANTS partial voluntary dismissal without prejudice as to Plaintiff's claims against Defendant Mujibur Rahman d/b/a Village Convenience.

SO ORDERED.

Dated: November 24, 2025
    New York, New York

                    DALE E. HO
                    United States District Judge